IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL P. TIERNEY,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant. | : | No. 15-2976 |

## ORDER

ROBERT F. KELLY, J.

AND NOW, this 16th day of Sept., 2016, upon consideration of the plaintiff's request for review and the Commissioner's response, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
UNITED STATES DISTRICT JUDGE